IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| **FIRST TUSKEGEE BANK,** | ) | |
| | ) | |
|     **Plaintiff,** | ) | |
| | ) | CIVIL ACTION NO. |
|     **v.** | ) | 2:09cv1137-MHT |
| | ) | (WO) |
| **MARTIN McCALL, SR., d/b/a** | ) | |
| **McCall's Construction** | ) | |
| **Company, et al.,** | ) | |
| | ) | |
|     **Defendants.** | ) | |

**JUDGMENT**

It is the ORDER, JUDGMENT, and DECREE of the court that plaintiff First Tuskegee Bank's motion to dismiss (Doc. No. 22) is granted and that defendant Greater Montgomery Home Builders Association and the claims against it are dismissed, with the parties to bear their own costs.

This case is still pending as to remaining defendants.

**The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.**

**DONE, this the 22nd day of June, 2010.**

                                       <u>/s/ Myron H. Thompson</u>
                                       **UNITED STATES DISTRICT JUDGE**